# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

JANETT K. CLARK,           )
                                  )
            Plaintiff,      )
                                  )
v.                               )     Case No. CIV-18-340-SPS
                                  )
COMMISSIONER of the Social  )
Security Administration,      )
                                  )
            Defendant.    )

## JUDGMENT

In accordance with the Opinion and Order [Docket No. 17] entered contemporaneously herewith, the Court hereby renders judgment in favor of the Defendant and against the Plaintiff pursuant to Fed. R. Civ. P. 58(a).

**IT IS SO ORDERED** this 5th day of March, 2020.

_____

**STEVEN P. SHREDER**
**UNITED STATES MAGISTRATE JUDGE**